159 F.3d 1351
 Harold A. Johnson
v.
U.S., Federal Bureau of Prisons, J.D. Lamer, Warden at
U.S.P. Lewisburg, Miles, Associate Warden at U.S.P.
Lewisburg, Adair, Associate Warden at U.S.P. Lewisburg, A.
Reyes, Health Service Administrator, R. Williams, Assistant
Health Service Administrator, D. Romero, M.D., U.S.P.
Lewisburg, A.B. Keiper, M.D., U.S.P. Lewisburg, W. Bogler,
P.A., U.S.P. Lewisburg, Guevare, P.A., U.S.P. Lewisburg,
Delgado, P.A., U.S.P. Lewisburg, Arthur Baggot, Unit
 NO. 97-7491
 United States Court of Appeals,
Third Circuit.
 July 20, 1998
 Appeal From: M.D.Pa. ,No.97cv00588
 
 1
 Vacated.